UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

CHARLES BALLARD,

    Plaintiff,                                   Case No. 3:25-cv-306

vs.

UNITED STATES CONGRESS,            District Judge Michael J. Newman
                                                         Magistrate Judge Caroline H. Gentry

    Defendant.

_____

**ORDER: (1) ADOPTING THE REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE (Doc. No. 2); (2) DENYING *PRO SE* PLAINTIFF CHARLES BALLARD'S MOTION FOR LEAVE TO PROCEED *IN FORMA PAUPERIS* (Doc. No. 1); (3) REQUIRING PLAINTIFF TO PAY THE $405 FILING FEE BY FEBRUARY 11, 2026; AND (4) ADVISING PLAINTIFF THAT, IF THE FILING FEE IS NOT PAID BY FEBRUARY 11, 2026, THIS CASE WILL BE CLOSED AND TERMINATED ON THE DOCKET**

_____

        The Court has reviewed the Report and Recommendation of Magistrate Judge Caroline H. Gentry (Doc. No. 2), to whom this case was referred pursuant to 28 U.S.C. § 636(b). The parties have not filed objections to the Report and Recommendation and the time for doing so under Fed. R. Civ. P. 72(b) has expired. Upon careful review of the foregoing, and construing *pro se* Plaintiff Charles Ballard's allegations in his favor,[1] the Court determines that the Report and Recommendation should be adopted. Accordingly, the Court: (1) **ADOPTS** the Report and Recommendation of the Magistrate Judge (Doc. No. 2) in its entirety; (2) **DENIES** Plaintiff's motion for leave to proceed *in forma pauperis* (Doc. No. 1); and (3) **ORDERS** Plaintiff to pay the

---

[1] Plaintiff's documents and allegations are liberally construed in his favor. *See Erickson v. Pardus*, 551 U.S. 89, 94 (2007) (*per curiam*).

$405.00 filing fee by **February 11, 2026**.  Plaintiff is **ADVISED** that, if the filing fee is not paid by February 11, 2026, this case will be closed and terminated on the docket.

    **IT IS SO ORDERED.**

<u>January 12, 2026</u>                                      <u>s/*Michael J. Newman*</u>
                                                              Hon. Michael J. Newman
                                                              United States District Judge